# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**WINSTON J. CRADDOCK**  **CIVIL ACTION**

**VERSUS**  **NO. 11-655**

**N. BURL CAIN, WARDEN**  **SECTION "J"(6)**

## ORDER

Before the court is a Motion to Stay (Rec. Doc. 16) filed by petitioner, Winston J. Craddock. The State has filed an opposition to said motion (Rec. Doc. 20). Having reviewed the state record and the pleadings filed as well as the procedural history of Mr. Craddock's post-conviction proceedings, the Court finds that it is in the best interest of judicial economy and federal-state comity that the motion be granted. Winston Craddock's post-conviction writ of review is currently before the Louisiana Supreme Court thus it appears that the state courts' review will be completed in the near future. The court will forthwith issue additional written reasons for its ruling, within the fuller context of a Report and Recommendation. Accordingly,

IT IS HEREBY ORDERED that the Motion to Stay (Rec. Doc. 16) is GRANTED.

New Orleans, Louisiana this 29th day of March, 2012.

LOUIS MOORE, JR.
UNITED STATES MAGISTRATE JUDGE

Clerk to Notify Counsel
and Pro Se Petitioner