UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **WINSTON J. CRADDOCK** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 11-655** |
| **N. BURL CAIN, WARDEN** | * | **SECTION: "J"(6)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as the Court's opinion in this matter. Accordingly,

**IT IS HEREBY ORDERED** that the instant habeas action filed by Winston J. Craddock be **STAYED** and the Clerk is **ORDERED** to mark this matter as **ADMINISTRATIVELY CLOSED**.

**IT IS FURTHER ORDERED** that Winston J. Craddock may move to re-open this matter within thirty (30) days after the Louisiana Supreme Court rules on his pending Writ No. 2011-KH-2622.

New Orleans, Louisiana, this 4th day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE