# UNITED STATES  DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**WINSTON JERALD CRADDOCK**                                    **CIVIL ACTION**

**versus**                                                                  **NO. 11-655**

**N. BURL CAIN, WARDEN**                                    **SECTION: "J" (3)**


### O R D E R

Considering the petition, the record, the applicable law and the *Report and Recommendation of the United States Magistrate Judge* (**Rec. Doc. 31**), and finding petitioner's *Objections* (**Rec. Doc. 32**) thereto to be without merit, the Court hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.  Accordingly,

**IT IS ORDERED** that the petition for federal *habeas corpus* relief filed by **Winston Jerald Craddock** is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 28th day of July, 2014.

**CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**